AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ VERMONT _____

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2021 JUL 27 PM 1:18
CLERK
DEPUTY CLERK

SHAWN MCCULLOUGH,
                Plaintiff (s),

V.

FEDERAL EXPRESS CORPORATION,
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:20-cv-00170-cr

Notice is hereby given that, subject to approval by the court, **Federal Express Corporation** (Party (s) Name) substitutes **Gabriel P. McGaha** (Name of New Attorney), State Bar No **pro hac vice** as counsel of record in place of **Stephanie Stroup** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Federal Express Corporation
Address: 3620 Hacks Cross Road, Building B, 3rd Floor, Memphis, TN 38125
Telephone: (901) 434-3131     Facsimile: (901) 434-9279
E-Mail (Optional): gabriel.mcgaha@fedex.com

I consent to the above substitution.
Date: 6/3/2021

*Federal Express Corporation*
*[signature]*
(Signature of Party (s))

I consent to being substituted.
Date: 6/3/2021

*Stephanie Stroup*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 6/3/2021

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 7/26/21

*[signature]*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]